**EXHIBIT C**


BARRED FOR LIFE
HOW BLACK FLAG'S ICONIC LOGO BECAME - PUNK ROCK'S SECRET HANDSHAKE -
STEWART DEAN EBERSOLE
PHOTOGRAPHS BY JARED CASTALDI & STEWART DEAN EBERSOLE

MUSIC-PUNK/ART-TATTOO



"The Bars represent me finding my people. We were like a tribe. Together we are strong whereas before we felt weak and ostracized."

*Barred for Life* is a photo documentary cataloging the legacy of Punk Rock pioneers Black Flag, through stories, interviews, and photographs of diehard fans who wear their iconic logo, The Bars, conspicuously tattooed upon their skin. An extensive tour of North America and Western Europe documents dedicated fans bearing Bars-on-skin and other Black Flag iconography. Nearly four hundred "Barred" fans lined up, smiled/frowned for the camera, and issued their stories for the permanent record.

"The Bars say 'I'm not one of them,' and it also lets the right people know that I am one of them."

Author and photographer Stewart Ebersole provides a personal narrative describing what made the existence of Punk Rock such an important facet of his and many other people's lives, and the role that Black Flag's actions and music played in soundtracking the ups and downs of living as cultural outsiders.

"When I see The Bars I think 'Black Flag the band,' but they also represent an entire movement of people that are not going to conform. They are part of a culture of people that stand up for themselves."

*Barred for Life* includes interviews with Black Flag alumni Dez Cadena, Ron Reyes, Kira Roessler, Keith Morris, and Chuck Dukowski, as well as photographers Glen E. Friedman and Ed Colver, and the man responsible for tattooing The Bars on more than a few Black Flag players, Rick Spellman.

$24.95

ISBN: 978-1-60486-394-9
52495
9 781604 863949

PM PRESS
PMPRESS.ORG

all
and
en
r
h as
n't

"The Bars are more of a mindset than a band, and that's the point." -A.P.



◂Artie Philie
Age: 34
Home: Brooklyn, NY
Occupation: Advertising

Favorite Singer: Chavo
Favorite Song: Spray Paint the Walls
Favorite Album: Damaged

**Billy Atwell ▸**
Age: 43
Home: Brooklyn, NY
Occupation: Composer and Massage Therapist

Favorite Singer: Henry Rollins
Favorite Song: My War
Favorite Album: Damaged

"The Bars are the most definitive symbol of the American Hardcore movement. They say something without really saying anything at all." -B.A.

as
ere
k
ke
l
ife

"When I was fourteen years old, the only access I had to a record player was [illegible] dad's house, which was set [illegible] in our living room. The rules for [illegible]ing the record player were fa[illegible]ly straight forward, (1) no jumping around while the needle is down (2) listen to the full album, no skipping tracks. Both rules were non-negotiable. Only much later did I come to appreciate these rules. I remember the needle dropping on Nervous Breakdown and instantly feeling like all was understood and that I had become part of something that was bigger than me." -M.F.




**"When I first saw the video for TV Party I liked it but thought that it was pretty silly. So I decided one day to go out and buy Damaged, and my getting into Black Flag all started right there." -E.P.**

Professional sports teams, special military forces, and even secret societies require a total commitment. Sports are about winning and the military is about achieving an objective, while a secret society maintains secrecy and order. Punk Rock was about getting a second chance and making a difference. It amounted to a society with a different name and handshake. In a world full of unknowns, insiders share something nearly unspeakable with new brothers and sisters that they share with nobody else,

"I know a lot of people that got The Bars on their wrist or arm where they could cover them up. Since I knew that this is the only tattoo I was going to get above my neckline, it had to be something important to me." -J.V.

Julia Vandermolen
Age: 23
Home: Grimsby, Ontario, Canada
Occupation: Office Administrator

Favorite Singer: Henry Rollins
Favorite Song: TV Party
Favorite Album: My War



**I DON'T GIVE UP**

Post Y2K, I spent more and more time getting into bands peopled by kids half my age. While not a huge deal, I was always aware of how I might come across as the creepy old dude at shows. I didn't hide, nor did I ever find myself close to the stage, so my attendance at shows usually found me standing near a wall somewhere with either earplugs or a camera, and usually only talking to the one or two other people I knew from back in the day, often both younger than me, and themselves considered old timers. What did that make me then?

On some random weekend, finding myself at a Blood Brothers show at a large venue in Philadelphia, the City of Brotherly Love, I took the opportunity to sit on the balcony and drink a glass of wine or three. Below me were hordes of kids, maybe half my age, or possibly younger. Where I could remember my experiences in these inhumanly large circles of sweaty dudes stomping around in unison to music played twice as fast as the fastest popular music of the day, I was now watching as individuals, seemingly at random, would break out in these spasmodic martial art displays to music played twice as fast as the Hardcore music of my day.

Watching the faces of unsuspecting bystanders getting pummeled by moshing idiots, I noticed that the expressions of fearful audience members changed very little over the

"To me, Black Flag is the be-all-end-all Punk Rock band, and if I had to put a logo on the entire Hardcore movement it would definitely be The Bars."
-W. K.






**Mallory Harwardt**
Age: 21
Home: Vancouver, BC, Canada
Occupation: Barista/Student

Favorite Singer: Rollins
Favorite Song: My War
Favorite Album: My War

"I get a lot of really weird looks being a girl and having The Bars, a band logo (as opposed to a butterfly or whatever) tattooed on me. The people that GET IT think that it is pretty cool, but the people that don't get it ask if it's a tribal tattoo or a barcode, or if it is drawn on with a marker, or something like that. Somebody even said to me that I would never find a husband because of this tattoo." -M.H.

"For me Black Flag was band that was making a difference, and I feel like by having their iconic logo tattooed on me, it is a statement of this." -K.W.



**Kyle Willmer ▸**
Age: 24
Home: Cheyenne, WY
Occupation: Student

Favorite Singer: Dez Cadena
Favorite Song: Rise Above
Favorite Album: Damaged



**◂ Artie Dobney**
Age: 31
Home: Las Vegas, NV
Occupation: Bartender

Favorite Singer: Dez
Favorite Song: Jealous Again
Favorite Album: Everything Went Black

"When I was fourteen years old I got the Everything Went Black album from my big sister. She put it on a cassette tape. So I had to go on a family reunion camping trip in the mountains, and I listened to that album over and over on my walkman." -A.D.

emanating from my bedroom stereo, and the crazy shit that my Sharpie marker was imparting on almost everything that I wore, were enough to scare the crap out of my parents, my neighbors, my former friends, and random passersby. I was a six-foot-something, mohawked, visual explosive. Not that I was anything different than the group I joined, but to the unsuspecting small-town public, I appeared as though I lost my fucking mind. My parents were in agreement. To them, I had all together lost it.

EXHIBIT D

**Generated on:** This page was generated by TSDR on 2013-07-30 15:28:57 EDT

**Mark:**

**US Serial Number:** 85723918
**Application Filing Date:** Sep. 07, 2012
**US Registration Number:** 4328143
**Registration Date:** Apr. 30, 2013
**Filed as TEAS Plus:** Yes
**Currently TEAS Plus:** Yes
**Register:** Principal
**Mark Type:** Trademark, Service Mark
**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.
**Status Date:** Apr. 30, 2013
**Publication Date:** Feb. 12, 2013

## Mark Information

**Mark Literal Elements:** None
**Standard Character Claim:** No
**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)
**Description of Mark:** The mark consists of 4 vertical black lines in various heights.
**Color(s) Claimed:** Color is not claimed as a feature of the mark.
**Design Search Code(s):** 26.11.14 - Rectangles (three or more rectangles); Three or more rectangles
26.11.21 - Rectangles that are completely or partially shaded

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Audio and video recordings featuring music and artistic performances
**International Class(es):** 009 - Primary Class
**U.S Class(es):** 021, 023, 026, 036, 038
**Class Status:** ACTIVE
**Basis:** 1(a)
**First Use:** Oct. 01, 1978
**Use in Commerce:** Oct. 01, 1978

**For:** Hats; Pants; Shirts; Socks; Sweat shirts; T-shirts
**International Class(es):** 025 - Primary Class
**U.S Class(es):** 022, 039
**Class Status:** ACTIVE
**Basis:** 1(a)
**First Use:** Dec. 01, 1978
**Use in Commerce:** Jan. 27, 1979

**For:** Entertainment, namely, live performances by a musical band
**International Class(es):** 041 - Primary Class
**U.S Class(es):** 100, 101, 107
**Class Status:** ACTIVE
**Basis:** 1(a)
**First Use:** Dec. 01, 1978
**Use in Commerce:** Jan. 27, 1979

## Basis Information (Case Level)

**Filed Use:** Yes
**Currently Use:** Yes
**Amended Use:** No
**Filed ITU:** No
**Currently ITU:** No
**Amended ITU:** No

Filed 44D: No
Filed 44E: No
Filed 66A: No
Filed No Basis: No

Currently 44D: No
Currently 44E: No
Currently 66A: No
Currently No Basis: No

Amended 44D: No
Amended 44E: No

## Current Owner(s) Information

Owner Name: Henry Garfield

Owner Address: c/o Haber Corp
16830 Ventura Blvd, Suite 501
Encino, CALIFORNIA 91436
UNITED STATES

Legal Entity Type: INDIVIDUAL

Citizenship: UNITED STATES

Owner Name: Keith Morris

Owner Address: 1522 1/2 Rosalia Road
Los Angeles, CALIFORNIA 90027
UNITED STATES

Legal Entity Type: INDIVIDUAL

Citizenship: UNITED STATES

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Joseph M. Sofio

Attorney Primary Email Address: joe@builtentertainment.com

Attorney Email Authorized: No

**Correspondent**

Correspondent Name/Address: Joseph M. Sofio
LAW OFFICES OF JOSEPH M. SOFIO
2600 W. Olive Ave, 5th Floor
Burbank, CALIFORNIA 91505
UNITED STATES

Phone: 818-753-2390

Fax: 818-333-5304

Correspondent e-mail: joe@builtentertainment.com

Correspondent e-mail Authorized: Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 01, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 30, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 12, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 12, 2013 | PUBLISHED FOR OPPOSITION | |
| Jan. 23, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 31, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 31, 2012 | ASSIGNED TO EXAMINER | 85320 |
| Sep. 18, 2012 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Sep. 17, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 11, 2012 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: PUBLICATION AND ISSUE SECTION

Date in Location: Apr. 30, 2013

[redacted]


BLACK
FLAG
SLIP IT IN


BLACK FLAG
LIVE `84


BLACK
FLAG
NERVOUS
BREAKDOWN


BLACK
FLAG


in concert one night only
BLACK
FLAG
1986
painted willie GONE
Tix: $7 advance
$8 door
also at:
SATURDAY
8PM
JANUARY 25TH
CAMEO
ALL AGES
947-6471
14th street
& Washington Ave
Espanola Way
Miami Beach


BLACK FLAG

EXHIBIT E

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85723918**
**Filing Date: 09/07/2012**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT16\IMAGEOUT 16\857\239\85723918\xml1\ FTK0002.JPG |
| ***SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| ***COLOR MARK** | NO |
| ***COLOR(S) CLAIMED (If applicable)** | |
| ***DESCRIPTION OF THE MARK (and Color Location, if applicable)** | The mark consists of 4 vertical black lines in various heights. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 364 x 366 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Henry Garfield |
| **INTERNAL ADDRESS** | c/o Haber Corp |
| ***STREET** | 16830 Ventura Blvd, Suite 501 |
| ***CITY** | Encino |
| ***STATE** | California |

| | |
|---|---|
| (Required for U.S. applicants) | |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 91436 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY OF CITIZENSHIP | United States |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Keith Morris |
| *STREET | 1522 1/2 Rosalia Road |
| *CITY | Los Angeles |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 90027 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| * INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Audio and video recordings featuring music and artistic performances |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 10/01/1978 |
| FIRST USE IN COMMERCE DATE | At least as early as 10/01/1978 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\857\239\85723918\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\857\239\85723918\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\857\239\85723918\xml1\ FTK0005.JPG |
| SPECIMEN DESCRIPTION | album covers featuring the mark |
| *INTERNATIONAL CLASS | 025 |

| | |
|---|---|
| *IDENTIFICATION | Hats; Pants; Shirts; Socks; Sweat shirts; T-shirts |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/01/1978 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/27/1979 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\857\239\85723918\xml1\ FTK0006.JPG |
| SPECIMEN DESCRIPTION | t-shirt featuring the mark |
| * INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Entertainment, namely, live performances by a musical band |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/01/1978 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/27/1979 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\857\239\85723918\xml1\ FTK0007.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\857\239\85723918\xml1\ FTK0008.JPG |
| SPECIMEN DESCRIPTION | flyer of live performance with mark, photo of live performance with mark |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Joseph M. Sofio |
| FIRM NAME | Law Offices of Joseph M. Sofio |
| STREET | 10 Universal City Plaza, 20th Floor |

| | |
|---|---|
| CITY | Universal City |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 91608 |
| PHONE | 818-753-2390 |
| FAX | 818-753-2310 |
| EMAIL ADDRESS | joe@builtentertainment.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Joseph M. Sofio |
| FIRM NAME | Law Offices of Joseph M. Sofio |
| *STREET | 10 Universal City Plaza, 20th Floor |
| *CITY | Universal City |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 91608 |
| PHONE | 818-753-2390 |
| FAX | 818-753-2310 |
| *EMAIL ADDRESS | joe@builtentertainment.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 3 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 825 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Joseph M. Sofio/ |
| * SIGNATORY'S NAME | Joseph M. Sofio |
| * SIGNATORY'S POSITION | Attorney of record, CA bar member |
| SIGNATORY'S PHONE NUMBER | 818-753-2390 |
| * DATE SIGNED | 09/07/2012 |

| | |
|---|---|
| * SIGNATURE | /Joseph M. Sofio/ |
| * SIGNATORY'S NAME | Joseph M. Sofio |
| * SIGNATORY'S POSITION | Attorney of record, CA bar member |
| SIGNATORY'S PHONE NUMBER | 818-753-2390 |
| * DATE SIGNED | 09/07/2012 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85723918**
**Filing Date: 09/07/2012**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The mark consists of 4 vertical black lines in various heights.
The applicants, Henry Garfield, a citizen of United States, having an address of
c/o Haber Corp,
16830 Ventura Blvd, Suite 501
Encino, California 91436
United States

Keith Morris, a citizen of United States, having an address of
1522 1/2 Rosalia Road
Los Angeles, California 90027
United States

request registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 009: Audio and video recordings featuring music and artistic performances

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 10/01/1978, and first used in commerce at least as early as 10/01/1978, and is now in use in such commerce. The applicants are submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) album covers featuring the mark.
Specimen File1
Specimen File2
Specimen File3

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 025: Hats; Pants; Shirts; Socks; Sweat shirts; T-shirts

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 12/01/1978, and first used in commerce at least as early as 01/27/1979, and is now in use in such commerce. The applicants are submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) t-shirt featuring the mark.
Specimen File1

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 041: Entertainment, namely, live performances by a musical band

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 12/01/1978, and first used in commerce at least as early as 01/27/1979, and is now in use in such commerce. The applicants are submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) flyer of live performance with mark, photo of live performance with mark.
Specimen File1
Specimen File2

The applicant's current Attorney Information:
Joseph M. Sofio of Law Offices of Joseph M. Sofio
10 Universal City Plaza, 20th Floor
Universal City, California 91608
United States

The applicant's current Correspondence Information:
Joseph M. Sofio
Law Offices of Joseph M. Sofio
10 Universal City Plaza, 20th Floor
Universal City, California 91608
818-753-2390(phone)
818-753-2310(fax)
joe@builtentertainment.com (authorized)

A fee payment in the amount of $825 has been submitted with the application, representing payment for 3 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and

the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Joseph M. Sofio/ Date Signed: 09/07/2012
Signatory's Name: Joseph M. Sofio
Signatory's Position: Attorney of record, CA bar member

Signature: /Joseph M. Sofio/ Date Signed: 09/07/2012
Signatory's Name: Joseph M. Sofio
Signatory's Position: Attorney of record, CA bar member

RAM Sale Number: 7535
RAM Accounting Date: 09/10/2012

Serial Number: 85723918
Internet Transmission Date: Fri Sep 07 20:33:59 EDT 2012
TEAS Stamp: USPTO/FTK-72.37.181.158-2012090720335910
9964-85723918-490581d534745766054fac89e6
92fc1e57b-CC-7535-20120907200508248364

[redacted]


BLACK
FLAG
SLIP IT IN


BLACK FLAG
LIVE '84


BLACK FLAG
NERVOUS BREAKDOWN


BLACK
FLAG


in concert one night only
BLACK
FLAG
1986
painted willie GONE
Tix: $7 advance
$8 door
also at:
open
MIAMI
SATURDAY
JANUARY 25TH
CAMEO
THEATRE
ALL AGES
14th street
& Washington Ave
Espanola Way
Miami Beach


BLACK FLAG
SEARCH &

**Generated on:** This page was generated by TSDR on 2013-07-30 15:38:34 EDT

**Mark:** BLACK FLAG

Black Flag

**US Serial Number:** 85723921

**Application Filing Date:** Sep. 07, 2012

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jul. 11, 2013

## Mark Information

**Mark Literal Elements:** BLACK FLAG

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Audio and video recordings featuring music and artistic performances

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Oct. 01, 1978

**Use in Commerce:** Oct. 01, 1978

**For:** Hats; Pants; Shirts; Socks; Sweat shirts; T-shirts associated with the punk rock musical group "Black "

**International Class(es):** 025 - Primary Class

**U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 01, 1978

**Use in Commerce:** Jan. 27, 1979

**For:** Entertainment, namely, live performances by a musical band

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 01, 1978

**Use in Commerce:** Jan. 27, 1979

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Henry Garfield

**Owner Address:** c/o Haber Corp
16830 Ventura Blvd, Suite 501

Encino, CALIFORNIA 91436
UNITED STATES

**Legal Entity Type:** INDIVIDUAL **Citizenship:** UNITED STATES

**Owner Name:** Keith Morris

**Owner Address:** 1522 1/2 Rosalia Road
Los Angeles, CALIFORNIA 90027
UNITED STATES

**Legal Entity Type:** INDIVIDUAL **Citizenship:** UNITED STATES

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph M. Sofio

**Attorney Primary Email Address:** joe@builtentertainment.com **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** JOSEPH M. SOFIO
LAW OFFICES OF JOSEPH M. SOFIO
10 UNIVERSAL CITY PLZ FL 20
UNIVERSAL CITY, CALIFORNIA 91608-1074
UNITED STATES

**Phone:** 818-753-2390 **Fax:** 818-753-2310

**Correspondent e-mail:** joe@builtentertainment.com **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 11, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 11, 2013 | NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 11, 2013 | NON-FINAL ACTION WRITTEN | 85320 |
| Jun. 29, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 29, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 29, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 31, 2012 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 31, 2012 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 31, 2012 | NON-FINAL ACTION WRITTEN | 85320 |
| Dec. 31, 2012 | ASSIGNED TO EXAMINER | 85320 |
| Sep. 17, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 11, 2012 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** HESIK, APRIL ANNE **Law Office Assigned:** LAW OFFICE 113

### File Location

**Current Location:** TMO LAW OFFICE 113 - EXAMINING ATTORNEY ASSIGNED **Date in Location:** Jul. 11, 2013

# Black Flag


BLACK
FLAG
SLIP IT IN


BLACK FLAG
LIVE '84


BLACK
FLAG
NERVOUS
BREAKDOWN


BLACK
FLAG


in concert one night only
BLACK FLAG
1986
painted willie
GONE
Tix: $7 advance
$8 door
SATURDAY
8PM
JANUARY 25TH
also at:
CAMEO
ALL AGES
14th street
& Washington Ave
Española Way
Miami Beach


BLACK FLAG

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85723921**
**Filing Date: 09/07/2012**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | Black Flag |
| ***STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Black Flag |
| ***MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Henry Garfield |
| **INTERNAL ADDRESS** | c/o Haber Corp |
| ***STREET** | 16830 Ventura Blvd, Suite 501 |
| ***CITY** | Encino |
| ***STATE** (Required for U.S. applicants) | California |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. applicants only) | 91436 |
| **LEGAL ENTITY INFORMATION** | |

| | |
|---|---|
| *TYPE | INDIVIDUAL |
| * COUNTRY OF CITIZENSHIP | United States |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Keith Morris |
| *STREET | 1522 1/2 Rosalia Road |
| *CITY | Los Angeles |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 90027 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| * INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Audio and video recordings featuring music and artistic performances |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 10/01/1978 |
| FIRST USE IN COMMERCE DATE | At least as early as 10/01/1978 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\857\239\85723921\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\857\239\85723921\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\857\239\85723921\xml1\ FTK0005.JPG |
| SPECIMEN DESCRIPTION | album covers featuring the mark |
| * INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | Hats; Pants; Shirts; Socks; Sweat shirts; T-shirts |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/01/1978 |

| | |
|---|---|
| FIRST USE IN COMMERCE DATE | At least as early as 01/27/1979 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\857\239\85723921\xml1\ FTK0006.JPG |
| SPECIMEN DESCRIPTION | t-shirt featuring the mark |
| * INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Entertainment, namely, live performances by a musical band |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/01/1978 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/27/1979 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\857\239\85723921\xml1\ FTK0007.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\857\239\85723921\xml1\ FTK0008.JPG |
| SPECIMEN DESCRIPTION | flyer of live performance with mark, photo of live performance with mark |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Joseph M. Sofio |
| FIRM NAME | Law Offices of Joseph M. Sofio |
| STREET | 10 Universal City Plaza, 20th Floor |
| CITY | Universal City |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 91608 |

| | |
|---|---|
| **PHONE** | 818-753-2390 |
| **FAX** | 818-753-2310 |
| **EMAIL ADDRESS** | joe@builtentertainment.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **CORRESPONDENCE INFORMATION** | |
| ***NAME** | Joseph M. Sofio |
| **FIRM NAME** | Law Offices of Joseph M. Sofio |
| ***STREET** | 10 Universal City Plaza, 20th Floor |
| ***CITY** | Universal City |
| ***STATE** (Required for U.S. applicants) | California |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** | 91608 |
| **PHONE** | 818-753-2390 |
| **FAX** | 818-753-2310 |
| ***EMAIL ADDRESS** | joe@builtentertainment.com |
| ***AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 3 |
| **FEE PER CLASS** | 275 |
| ***TOTAL FEE PAID** | 825 |
| **SIGNATURE INFORMATION** | |
| *** SIGNATURE** | /Joseph M. Sofio/ |
| *** SIGNATORY'S NAME** | Joseph M. Sofio |
| *** SIGNATORY'S POSITION** | Attorney of record, CA bar member |
| **SIGNATORY'S PHONE NUMBER** | 818-753-2390 |
| *** DATE SIGNED** | 09/07/2012 |
| *** SIGNATURE** | /Joseph M. Sofio/ |
| *** SIGNATORY'S NAME** | Joseph M. Sofio |
| *** SIGNATORY'S POSITION** | Attorney of record, CA bar member |
| **SIGNATORY'S PHONE NUMBER** | 818-753-2390 |

| | |
|---|---|
| *** DATE SIGNED** | 09/07/2012 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85723921**
**Filing Date: 09/07/2012**

## To the Commissioner for Trademarks:

**MARK:** Black Flag (Standard Characters, see mark)
The literal element of the mark consists of Black Flag.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicants, Henry Garfield, a citizen of United States, having an address of
c/o Haber Corp,
16830 Ventura Blvd, Suite 501
Encino, California 91436
United States

Keith Morris, a citizen of United States, having an address of
1522 1/2 Rosalia Road
Los Angeles, California 90027
United States

request registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 009: Audio and video recordings featuring music and artistic performances

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 10/01/1978, and first used in commerce at least as early as 10/01/1978, and is now in use in such commerce. The applicants are submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) album covers featuring the mark.
Specimen File1
Specimen File2
Specimen File3

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 025: Hats; Pants; Shirts; Socks; Sweat shirts; T-shirts

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 12/01/1978, and first used in commerce at least as early as 01/27/1979, and is now in use in such commerce. The applicants are submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) t-shirt featuring the mark.
Specimen File1

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 041: Entertainment, namely, live performances by a musical band

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 12/01/1978, and first used in commerce at least as early as 01/27/1979, and is now in use in such commerce. The applicants are submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) flyer of live performance with mark, photo of live performance with mark.
Specimen File1
Specimen File2

The applicant's current Attorney Information:
Joseph M. Sofio of Law Offices of Joseph M. Sofio
10 Universal City Plaza, 20th Floor
Universal City, California 91608
United States

The applicant's current Correspondence Information:
Joseph M. Sofio
Law Offices of Joseph M. Sofio
10 Universal City Plaza, 20th Floor
Universal City, California 91608
818-753-2390(phone)
818-753-2310(fax)
joe@builtentertainment.com (authorized)

A fee payment in the amount of $825 has been submitted with the application, representing payment for 3 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and

the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Joseph M. Sofio/ Date Signed: 09/07/2012
Signatory's Name: Joseph M. Sofio
Signatory's Position: Attorney of record, CA bar member

Signature: /Joseph M. Sofio/ Date Signed: 09/07/2012
Signatory's Name: Joseph M. Sofio
Signatory's Position: Attorney of record, CA bar member

RAM Sale Number: 7563
RAM Accounting Date: 09/10/2012

Serial Number: 85723921
Internet Transmission Date: Fri Sep 07 20:39:33 EDT 2012
TEAS Stamp: USPTO/FTK-72.37.181.158-2012090720393341
8826-85723921-4906ccd9ecf1ac5dcd6e997d03
530fcbb91-CC-7563-20120907203530449377

# Black Flag


BLACK
FLAG
SLIP IT IN


BLACK FLAG
LIVE '84


BLACK FLAG
NERVOUS BREAKDOWN


BLACK
FLAG


in concert one night only
BLACK
FLAG
1986
painted willie
GONE
Tix: $7 advance
$8 door
SATURDAY
8PM
JANUARY 25TH
also at:
CAMEO
ALL AGES
14th street
& Washington Ave
Española Way
Miami Beach