
BLACK FLAG
SEARCH

EXHIBIT F

FLAG Home Evan

Keith & Chuck & Bill & Dez & Stephen FLAG Tour Dates Like

UpcomingComments
Share:

# FLAG

Track Flag Notify me when Flag comes to town.

| Date | Venue | Location | Tickets | | |
|---|---|---|---|---|---|
| Aug 22 | SLO BREW | San Luis Obispo, CA | Tickets | RSVP | Share |
| Aug 23 | Strummer's | Fresno, CA | Tickets | RSVP | Share |
| Aug 24 | FYF Fest | Los Angeles, CA | Tickets | RSVP | Share |
| Sep 13 | First Avenue (w/TSOL) | Minneapolis, MN | Tickets | RSVP | Share |
| Sep 14 | Riot Fest | Chicago, IL | Tickets | RSVP | Share |
| Sep 16 | Baltimore Soundstage (w/TSOL) | Baltimore, MD | Tickets | RSVP | Share |
| Sep 18 | Trocadero Theatre (w/TSOL) | Philadelphia, PA | Tickets | RSVP | Share |
| Sep 19 | Irving Plaza (w/TSOL) | New York, NY | Tickets | RSVP | Share |
| Sep 20 | The Paradise (w/TSOL) | Boston, MA | Tickets | RSVP | Share |
| Sep 22 | Riot Fest | Byers, CO | Tickets | RSVP | Share |
| Nov 08 | Fun Fun Fun Fest | Austin, TX | Tickets | RSVP | Share |

Comments:

Like Send 563 people like this. Be the first of your friends.

**261 comments**

☑ Post to Facebook Posting as Evan Cohen (Not you?)

**Troy Medlin** · Founder, CEO at SOURVEIN
please extend the tour please!
Reply · 12 · Like · Follow Post · May 4 at 7:36am

**Todd Brown** · Chief Engineer/O... Chat 12
How to become the Charleston?
Reply · Like · May 4 at 9:55pm

**Jacob Tabler** · Works at Guitar player for M.D.S
COME TO CHICAGO OR CLOSE!
Reply · 28 · Like · Follow Post · February 5 at 9:11pm

**William Petrovic**
I see where there's 2 diff versions of Black Flag that will be touring - at the same time. Having grown up in the era when Damaged came out (and I bought it then) this causes me to raise my eyebrows a bit - hoping it's not just another punk band cashing in on their past success and doing an "oldies" tour. I hope the new album(with Ginn) is good and the tour is to support it.
Reply · 7 · Like · February 6 at 4:01am

**Paul Burnette** · Greensboro College
a legitimate concern. however, the video of their surprise performance demonstrates clearly that this incarnation delivers big time.
Reply · 13 · Like · February 7 at 3:54pm

**Paul Burnette** · Greensboro College
http://youtu.be/guqB1glip1Y
Reply · 3 · Like · February 7 at 3:57pm

View 12 more

**Brian Inmon** · Mulberry High School

EXHIBIT G


FLAG
FEATURING ORIGINAL MEMBERS KEITH MORRIS, CHUCK DUKOWSKI, BILL STEVENSON, AND DEZ CADENA, WITH STEPHEN EGERTON
PERFORMING THE MUSIC OF
BLACK FLAG
AW... COME ON BABY, LET'S BE FRIENDS! AFTER ALL, WHO ARE YOU GOING TO TELL?
YOU SAY THAT YOU'RE MY FRIEND, BUT YOU'RE ONE OF THEM!
US
THERE IS NO GREATER GOOD WORTH FORCING HER SACRIFICE.
THURS. JUNE 13TH
TOWN BALLROOM
681 MAIN ST. BUFFALO, NY
7:00 P.M.
$29 ADVANCE $32 DOOR
16 and under with PARENT or GUARDIAN
FLAG 2013 TOUR
Tickets available through Tickets.com and Town Ballroom box office
Go online 24/7 at Tickets.com / Call to charge by phone 888 223-6000
IF IMITATION REALLY IS THE MOST SINCERE FORM OF FLATTERY, I HOPE RAYMOND PETTIBON IS FLATTERED, AS I HAVE NOTHING BUT RESPECT FOR HIM

# FLAG

**Original members Keith Morris, Chuck Dukowski, Bill Stevenson, and Dez Cadena with Stephen Egerton performing the music of Black Flag**




WITH **TSOL** CEREBRAL BALLZY

# SEPTEMBER 18
# TROCADERO

1003 ARCH STREET . PHILA | 215-922-LIVE | THETROC.COM

114




# FLAG

Original members Keith Morris, Chuck Dukowski, and Bill Stevenson with Stephen Egerton performing the music of Black Flag

BAD RELIGION

The Damned

D.R.I.

Lagwagon

SUBHUMANS

BOUNCING SOULS

SWINGIN' UTTERS

LOWER CLASS BRATS

plus much much more


NUMBSKULL PRESENTS
FLAG
Original members Keith Morris, Chuck Dukowski, Bill Stevenson, and
Dez Cadena with Stephen Egerton performing the music of Black Flag
MY WAR
WITH SPECIAL GUESTS
STOP BREATHING
THURSDAY
AUGUST 22ND 2013
ALL AGES / 8PM / 1119 GARDEN ST.
TIX: TICKETWEB.COM & BOO BOO RECORDS
INFO NUMBSKULLSHOWS.COM & SLOBREWINCO.COM
SLO
BREW

**EXHIBIT H**

*Black Flag*

Home Christina




Create Page

2012
2011
2010
Joined Facebook

*Black Flag*
623,279 likes · 47,048 talking about this

Like | Listen | Message

Musician/Band
You're not evil

About · Suggest an Edit




Photos

623k
Likes

Highlights

Post | Photo / Video

Write something...

*Black Flag* shared a link.
53 minutes ago



Speedealer - Choked

Song name: Choked Album: Bleed

Like · Comment · Share

48 people like this.

Write a comment...

*Black Flag* shared a link.
about an hour ago



Kylesa "Tired Climb" on Carson Daly 09/28

Visit http://www.TalkShowMusicFan.com for reviews and more great videos!!

Like · Comment · Share 3

61 people like this.

Weird Al Kent My hometown band!
about an hour ago via mobile · Like

Invite Your Friends to Like this Page See All

Type a friend's name... Invite

Julie Roussel Invite

Ashley Romano Invite

Vuong Pham Invite

Chat (Off)

Recent Posts by Others on *Black Flag* See All

Stavros Alexandris
Stavros posted a photo.
17 hours ago

Jason Richer
not ALL robots are cool...... "Rise Above" fellow mut...
1 · 19 hours ago

Mark Copeland
Today in 1985, Black Flag were on at the Sports Palac...
Yesterday at 9:52am

Becki Harris Keith
http://www.sourpussclothing.com/housewares/so...
Yesterday at 8:45am

Mark Copeland
Yesterday in 1979, Black Flag, Urinals, Gears, Tourists...
Yesterday at 8:42am

More Posts

Likes See All

Write a comment...

*Black Flag*
about an hour ago



KYLESA

Since this Savannah, Georgia quintet first formed in early 2001, worrying about genre limitations has never been a priority. Taking musical chances, however, always has been. While KYLESA are as heavy as any band out there, they are beholden to no one scene and no preconceived notions of what heavy...

Page: 51,802 like this

Like · Comment · Share

30 people like this.

**Filip Kobas Bujan** great band
about an hour ago · Like

**Stephen McLaughlin** Whoever runs the Black Flag page; you always post fucking awesome bands and songs!
about an hour ago via mobile · Like · 3

Write a comment...

*Black Flag* shared a link.
2 hours ago

92 rollins/cain/weiss/kaskett



**Rollins Band "Tearing"**
youtu.be

Almost immediately after the legendary punk/hardcore band Black Flag called it quits in 1987, lead singer Henry Rollins issued his first

Like · Comment · Share 4

187 people like this.

**Andrew Necci** And don't forget Theo Van Rock!
45 minutes ago · Like · 1

**Zenon Roman Gradkowski** I got into this band afterl asked a friend who Rollins was and he told me about how he recently had been to see the Red Hot Chilli Peppers live, he got their early and the support band had a swet drenched singer screaming into the mic. He said the set ... See More
41 minutes ago · Like

Write a comment...

*Black Flag* shared a link.
3 hours ago



**Henry Rollins - 01 - Black And White**

Band: Henry Rollins Song: Black And White Album: Hot Animal Machine Year: 1987

Like · Comment · Share 2

354 people like this.

**5th Ave Record Shop**
Shopping & Retail — Like

**Flower Leperds**
Musician/Band — Like

**Dave's Records**
Music Store — Like

**CHRISTIAN DEATH OFFICIAL**
Musician/Band — Like

**Black Flag Racing IIII**
Product/Service — Like

*Black Flag* shared a link.
2 hours ago



**Kylesa - Unknown Awareness (Live from Bonnaroo 2011)**

Music video by Kylesa performing Unknown Awareness (Live from Bonnaroo 2011).

Like · Comment · Share 1

100 people like this.

**Francois Vaillancourt** Their best track
about an hour ago via mobile · Like

Write a comment...

*Black Flag*
3 hours ago

Paris, 9 décembre 1989– ROLLINS BAND + FLITOX

View 2 more comments

**Jorge de Barros** This and Life Time.
2 hours ago · Like · 1

**Kylee Everitt de Sade** Love this album!
2 hours ago via mobile · Like

Write a comment...




Like · Comment · Share 48

699 people like this.

**J.k. Sacrificio** I'm going
2 hours ago · Edited · Like · 2

**Mickey Mike Roffone** Never forget! I was on the Mike in Flitox that night in Paris! SEARCH and Destroy night
about an hour ago · Like

Write a comment...

***Black Flag***
11 hours ago




THE HOOKERS
HEAVY METAL THUNDER FROM KENTUCKY
Related Bands : Rock N Roll Outlaw Brothers Of Conquest Blade of The Ripper Nashville Pussy
Page: 5,956 like this

Like · Comment · Share

88 people like this.

**Chris Allen Cameron** I'm from Kentucky. Wooooo.
11 hours ago · Like

Write a comment...

***Black Flag*** shared a link via FLAG.
10 hours ago



Records Collecting Dust (Official Trailer 2013)
Coming soon... A film by Jason Blackmore and David Robles
www.recordscollectingdust.com

Like · Comment · Share 21

125 people like this.

**Jackson Fritts** I need to see this! Looks interesting.
10 hours ago via mobile · Like

**Fatt Matt Dukowski!**
10 hours ago · Like

Write a comment...

***Black Flag*** shared a link
12 hours ago



Ian MacKaye Says Urban Outfitters' Minor Threat T-Shirts Are Legitimate
www.washingtoncitypaper.com
Arts Desk is Washington City Paper's blog about D.C. music, film, theater, books, and performance.

Like · Comment · Share 232

769 people like this.

View previous comments 2 of 213

**Todd Farrell** Baahhahahahahahaahhahah! Who gives a crap. About....any of it.

***Black Flag*** shared a link.
12 hours ago




Hookers - Horror Rises From The Tombs (Full Album)
Full Album 1. The Devil Is His Name 2. Don't Go Near the Park 3. Crypt Of the Living Dead 4. For The Master 5. Horror Rises From The Tombs 6. The

Like · Comment · Share 4

161 people like this.

View 3 more comments

**Matt Valentine** Awesome band.. Awesome guys.
6 hours ago via mobile · Like

47 minutes ago via mobile · Like

**Brian Keith Bickham** I am just about sick and goddam tired of of 2 VERY SPECIFIC things:
1) All you "punks" trying to define what "punk/being punk" is. -Seriously...stop doing that.

2) And MOST of all, I'm fucking annoyed whenever I hear the word "sellout".... See More
21 minutes ago · Like

Write a comment...

***Black Flag***
15 hours ago

from "Love and Rockets" by Jaime Hernandez




Like · Comment · Share 100

832 people like this.

View 23 more comments

**Chuck Marshy** Love and Rockets is an amazing work of art.
2 hours ago · Like

**Pedro Silva** Que loco Deh Acklets!!!
about an hour ago · Like

Write a comment...

***Black Flag*** shared a link.
17 hours ago




**Articles Of Faith - Bad Attitude**

I didn't see the actual recording of this song anywhere on YouTube so I decided to upload it. Buy Part 1 of their discography, which includes "Bad Attitude" ...

Like · Comment · Share 13

182 people like this.

View 1 more comment

**Deedee Garby** oooooh amazing!!
15 hours ago · Like

**Courtney Wyant** Shit yeah! playing a show with these dudes in Toledo on Aug. 25th.
about an hour ago · Like

Write a comment...

***Black Flag*** shared a link.
15 hours ago

81 rollins/ginn/dez/dukowski/robo




**Black Flag - Rise Above**

From Damaged 1981

Like · Comment · Share 107

1,796 people like this.

View 24 more comments

**Paul Slinski** One of my all time faves!
8 hours ago via mobile · Like · 1

**Daniel Bate** Awesome.
7 hours ago · Like

Write a comment...

***Black Flag*** shared a link.
16 hours ago



**7 Year Bitch - Lorna**

Winners or Losers???

Like · Comment · Share 29

306 people like this.

View 5 more comments

**Gerry Padgett** Hip Like Junk
15 hours ago via mobile · Like

**Brian Ross** Long time!! Great!!!
15 hours ago via mobile · Like

Write a comment...

***Black Flag*** shared a link.
17 hours ago




**American Hardcore Trailer**

A look at how the Punk Movement of the late 70's & early 80's influenced a bunch of Yankee kids into making their mark on the US music scene. Features interv...

Like · Comment · Share 114

693 people like this.

View 16 more comments

**Sjoerd Basgltaar** awesome movie!
8 hours ago · Like

Junerlei Luis Dias Moraes Saletti Lucas Moraes, Noan Moraes, Jabota Tattooing
See Translation
13 hours ago · Like

Write a comment...

*Black Flag* shared a link.
19 hours ago



Fu Manchu – Eatin' Dust – 08 – Pigeon Toe

The 8th track from the 1999 album by Fu Manchu. The physical form of this album can be purchased here: http://www.amazon.com/Eatin–

Like · Comment · Share 11

275 people like this.

View 2 more comments

Daniel Oliveira Louuuuucura esse som !!!!!
See Translation
16 hours ago · Like

Daniel Oliveira doidera.....muito loukkooo!!!!!!
See Translation
16 hours ago · Like

Write a comment...

*Black Flag*
19 hours ago



Fu Manchu

Scott Hill, Brad Davis, Bob Balch, Scott Reeder
Page: 45,334 like this

Like · Comment · Share

118 people like this.

Ed Verhulst Fuck yeah
19 hours ago via mobile · Like · 1

Write a comment...

*Black Flag* shared a link.
20 hours ago



SS Decontrol – "Get it Away" 12" ep

Classic hardcore from Boston's SSD, 1983. Songs: Glue, Forced Down Youth Throat, Get it Away, Under the Influence, Nothing Done, XClaim, No Reply

Like · Comment · Share 30

283 people like this.

View 1 more comment

Mike Dunn Best album by the best Boston hardcore band
19 hours ago · Like · 1

Scott Kunz Another great record that should be released Al.
16 hours ago via mobile · Like

Write a comment...

Jason Rayburn One of the greatest documentaries of all time about an era and genre of music that was genuinely one of a kind.
6 hours ago · Like

Write a comment...

*Black Flag*
18 hours ago

artwork by Michael Mararian




Like · Comment · Share 322

2,081 people like this.

View 39 more comments

Earnest Neagle Sr. Its all right forhalloween grma
15 hours ago via mobile · Like

Alejandro Fierro Vidal I thought Punk was not pro-gun...
13 hours ago · Like

Write a comment...

*Black Flag* shared a link.
20 hours ago



Fu Manchu – Nothing Done

fu manchu covering ssd's nothing done

Like · Comment · Share 59

533 people like this.

View 10 more comments

Rob Price Love the FU!
9 hours ago · Like

Laurent Bizet des mecs excellents
See Translation
7 hours ago · Like

Write a comment...

*Black Flag*
21 hours ago

SS Decontrol



Like · Comment · Share 66

1,881 people like this.

View 20 more comments

**Steve Harris** yes!
8 hours ago · Like

**Evan Lars Leamer** Great music, but a part of a really stupid scene that took straight edge too far. 'Drugs destroy lives, so lets destroy people's lives because they do drugs! Yeah!'
7 hours ago · Like

Write a comment...

*Black Flag* shared a link.
Yesterday




**Saint Vitus - Dying Inside**

I have got to change my ways 'cause I'm losing my mind I have got to stop drinking because I'm dying inside I feel twice as old as I am and it's getting wors...

Like · Comment · Share 17

299 people like this.

**Reydianno Augustave** \m/ -,- \m/
Yesterday at 9:26am · Like

**Thane Nullvoid** Sweet find!
Yesterday at 9:39am · Like

Write a comment...

*Black Flag*
Yesterday



**The New York Hardcore Chronicles 1979-2015**

The largest database of NYHC flyers and other related material on the internet. Please get off your ass and contribute and if you post a flyer please put the date on it!!

*Black Flag* shared a link.
21 hours ago




**SS Decontrol - The Kids Will Have Their Say 1982 [Full Album]**

This Album is not mine. This is the "The Kids Will Have Their Say" by SS Decontrol made in 1982. All credits goes to the respective artists and

Like · Comment · Share 29

514 people like this.

View 2 more comments

**Kirk Hughey** I love Old School Hard Core & Punk Rock .fuck them if they don't like it. If its to loud your to OLD.................................
13 hours ago · Edited · Like

**East Beast** Boston Hardcore still on top
10 hours ago · Like

Write a comment...

*Black Flag*
Yesterday



**Saint Vitus**

Saint Vitus are a highly influential American doom metal band from Los Angeles. They have been regarded as one of the first bands of the genre, starting out as early as the late 1970s, along with Pentagram and Trouble. For most of their career, the band comprised vocalist Scott Weinrich, bassist Mar...

Page: 47,776 like this

Like · Comment · Share

51 people like this.

Write a comment...

*Black Flag*
Yesterday

SST 266

Page 11,304 like this

Like · Comment · Share

60 people like this.

Patti Jensen Vucci Thee Katatonix were there! CBGB's
Yesterday at 8:18am via mobile · Like

Write a comment...

*Black Flag* shared a link.
Yesterday



HARLEY FLANAGAN - Interview - The History Of NYHC - seg 01

HARLEY FLANAGAN - The History Of NYHC and CRO-MAGS. Part 1 in an interview with Harley Flanagan from his upcoming dvd release 'The Best

Like · Comment · Share 2

73 people like this.

Write a comment...

*Black Flag* shared a link.
Yesterday




kraut-all twisted

Like · Comment · Share 12

155 people like this.

YARD BOMB YEAH!!!
13 hours ago · Like

Write a comment...

*Black Flag* shared a link.
Tuesday



Bad Brains - Big Take Over

Big Take Over by Bad Brains. From their 1982 album "Bad Brains"

Like · Comment · Share 226

3,547 people like this.

View previous comments 2 of 50



Like · Comment · Share 23

553 people like this.

View 6 more comments

Jose Busso I have that vinyl! \m/
23 hours ago via mobile · Like

Skye Mecum I am speechless
22 hours ago · Like

Write a comment...

*Black Flag* shared a link.
Yesterday



Bong - Murphy's Law

Back With A Bong

Like · Comment · Share 32

294 people like this.

View 1 more comment

Jon Harwood Too kewl
Yesterday at 9:27am via mobile · Like

Percival Pringle III Always fun when they do this live.
Yesterday at 10:04am · Like

Write a comment...

*Black Flag* shared a link.
Yesterday



Cro-Mags - These Streets

Revenge (2000)
Genre:Hardcore/Crossover, Thrash Metal Country of origin: United States
Formed in: 1980

Like · Comment · Share 61

752 people like this.

View 7 more comments

**John Gregorio** One of the nastiest punk songs ever. The intro always pumps me up.
23 hours ago via mobile · Like

**Allen Thomas Millan** High speed Rastapunk
2 hours ago via mobile · Like

Write a comment...

*Black Flag* shared a link.
Tuesday



**cadillac tramps - waiting**

inspiracao durante anos pro surf, nunca fica velha, classic

Like · Comment · Share 17

97 people like this.

**Robynne Trujillo** Never heard of... Nice. ...Thanks for the share! :)
Yesterday at 3:10am · Like · 1

Write a comment...

*Black Flag* shared a link.
Tuesday

80 dukowski/ginn/robo
"i dont care" w/ diff lyrics




**Black Flag- You Bet We've Got Something Personal Against You**

Black Flag You don't have anything against me do you? You bet I've got something personal against you! We know You stole our song You were

Like · Comment · Share 28

528 people like this.

View 6 more comments

**Nathan Thomas Raymond** Pettibon = Best Artist of the 70's 80' and 90's and beyond!!!!
Yesterday at 3:28am · Like · 1

**Justin Espinoza** This is the only Black Flag song I hate.
9 hours ago · Like

Write a comment...

**Dave Evans** Remember these guys man?!! Travis Luna
21 hours ago via mobile · Like

**Blake Suman** Great music but the band's not the best of friends ha
20 hours ago via mobile · Like

Write a comment...

*Black Flag* shared a link.
Tuesday



**Circle Jerks Trapped**

Punk Rock Band: Circle Jerks - Trapped

Like · Comment · Share 83

1,038 people like this.

View 4 more comments

**Eric Thompson** Right the fuuk on Steve Miller
Yesterday at 1:19am via mobile · Like · 1

**Mike Mceachern** Another great live band!
23 hours ago · Like

Write a comment...

*Black Flag* shared a link.
Tuesday



**FEAR hey**

FEAR hey..From Album More Beer...Audio Only. Download album @ http://ripoffrecords2.blogspot.com/p/home.html .

Like · Comment · Share 21

463 people like this.

View 8 more comments

**Jonathan Hébert** best song on this album!
Tuesday at 10:10pm · Like

**Tom Smith** I know all the words!
Tuesday at 10:34pm via mobile · Like · 1

Write a comment...

*Black Flag* shared a link.
Tuesday

85 rollins/ginn/kira/stevenson



**Black Flag Drinking and Driving**

Check out SST Records for more on Henry Rollins & Black Flag· http://www.sstsuperstore.com/ Director: Randall Jahnson. Producer: Becka Boss. Camera: Cris Lom...

Like · Comment · Share 67

471 people like this.

**Eduarda Melo** badasssss
Tuesday at 6:40pm via mobile · Like

Guilherme Paranhos MUSTANG !!!
Tuesday at 7:32pm · Like

Write a comment...

See More Recent Stories

About Create Ad Create Page Developers Careers Privacy Cookies Terms Help

Facebook © 2013 · English (US)

EXHIBIT I

FLAG Home Christina




Create Page

Joined Facebook

## FLAG

20,440 likes · 2,747 talking about this

Like Message

Musician/Band
Original members Keith Morris, Chuck Dukowski, Bill Stevenson, and Dez Cadena with Stephen Egerton performing the music of Black Flag

About · Suggest an Edit

Photos · Tour Dates · Events · 20,440 Likes

Highlights

Post | Photo / Video

Write something...

FLAG shared a link.
12 hours ago



**Records Collecting Dust (Official Trailer 2013)**

Coming soon... A film by Jason Blackmore and David Robles
www.recordscollectingdust.com

Like · Comment · Share 59

115 people like this. Top Comments

Write a comment...

**Marco Casado Lima Glauber Distro Itabuna** ve só isso
See Translation
Like · Reply · 1 · 12 hours ago via mobile

**Walter Melon** This looks rad. Nice to see Chuck and Keith so early in the trailer, too!
Like · Reply · 10 hours ago

View 5 more comments

FLAG shared George VonSteene's photo.
Yesterday

King Kong Brigade!

Invite Your Friends to Like this Page See All

Type a friend's name... Invite

Laura Davis Invite
Van Q Pham Invite
An Thu Phamtran Invite

Chat (Off)

Recent Posts by Others on FLAG See All

**Lazy Ted**
From the cartoon "Homestar Runner". This characte...
Tuesday at 12:43am

**Andrew Glancey**
Hey any chance you guys will tour Australia? I just for...
2 · Monday at 9:46pm

More Posts

Likes

OFF! — Musician/Band — Like
"Black Flag" — Musician/Band — Like
Descendents (Official) — Musician/Band — Like



Like · Comment · Share 23

494 people like this. Top Comments

Write a comment...

**Mike Rummel** all right, ya fuckers, ya screwheads....here is a man that will not take it anymore...
Like · Reply · 10 · Yesterday at 12:14am

**Cale Strickland** Kinda looks like Heroin Bob lol
Like · Reply · 9 · Yesterday at 12:06am via mobile

3 Replies

View 10 more comments

FLAG shared FLAG's photo.
Tuesday

Boston, MA at Paradise Rock Club on Sep. 20 with T.S.O.L. (Official) & Cerebral Ballzy!
Tickets: http://bit.ly/12yFfMM

Bandsintown
Recently

**Just Announced Tour Dates**

**Flag @ Fun Fun Fun Fest**
Nov 08, 2013
Austin, TX

**Flag @ Riot Fest**
Sep 22, 2013
Byers, CO

**Flag @ The Paradise (w/TSOL)**
Sep 20, 2013
Boston, MA

**Flag @ Irving Plaza**
Sep 19, 2013
New York, NY

**Flag @ Trocadero Theatre (w/TSOL)**
Sep 18, 2013
Philadelphia, PA

**Recent Tour History**




Activity
Recent

FLAG announced a concert Flag @ Fun Fun Fun Fest.
Like · Comment 15 4

FLAG shared FLAG's photo.
Tuesday

New York, NY at Irving Plaza on Sep. 19 with T.S.O.L. (Official) & Cerebral Ballzy!
Tickets: http://tinyurl.com/c3eestr




Like · Comment · Share

90 people like this. Top Comments

Write a comment...

Mark Stutzman PLease come to Florida!!!
Like · Reply · Yesterday at 7:01am

Damian Saiz i am so freakin' there!!!!!
Like · Reply · Yesterday at 10:04am

View 3 more comments

FLAG shared FLAG's photo.
Monday

Philadelphia, PA at The Trocadero on Sep. 18 with T.S.O.L. (Official) & Cerebral Ballzy!
Tickets: http://ticketf.ly/1af7eEz




Like · Comment · Share 29

62 people like this. Top Comments

Write a comment...

Regina Gigi Karen, go to HolyClothing.com neat type clothes




Like · Comment · Share

225 people like this. Top Comments

Write a comment...

Mark Stutzman Please come to Florida!!!
Like · Reply · 1 · Tuesday at 8:00pm via mobile

John Wold FUCK! I SO want to see you guys play up in the SF/East Bay Area. If you are looking for a venue, the other guys just played Oakland Metro Operahouse. Hope to hear something soon!
Like · Reply · 1 · Tuesday at 9:29pm via mobile

View 17 more comments

FLAG shared FLAG's photo.
July 26

Baltimore Soundstage Sep. 16 with T.S.O.L. (Official) & Cerebral Ballzy!
Tickets: http://ticketf.ly/123TKpG

Like · Reply · Monday at 9:46pm

Stephen Kelly Ok, enough fucking around. Come to Australia.
Like · Reply · 1 · Monday at 9:43pm via mobile

View 7 more comments




Like · Comment · Share 35

61 people like this. Top Comments

Write a comment...

Dave TheWeezl Shaw !!!
Like · Reply · July 26 at 9:02pm

Chyna Rose Giacalone YES!!!!
Like · Reply · July 26 at 10:12pm

View 4 more comments

See More Recent Stories

EXHIBIT J

+Evan Search Images Maps Play YouTube News Gmail Drive Calendar More

black flag tour

Evan C...

Web Images Maps Shopping More Search tools

About 51,100,000 results (0.21 seconds)

**Black Flag Tour Dates 2013 — Black Flag Concert Dates and ...**
www.songkick.com/artists/35109-black-flag
Find Black Flag live concert tour dates, tickets, reviews, and more on Songkick. Be the first to know when Black Flag is playing live in your town!

**Black Flag Official » Tour**
blackflagofficial.com/tour/
Black Flag Official Lineup 2013 .... Upcoming USA Tour Dates · New Song – The Chase · NEW SONG — FREE DOWNLOAD!!! Arena Wien Promo Video ...

| | | |
|---|---|---|
| Sat, Aug 3 | Black Flag in Viveiro | Resurrection Fest |
| Mon, Aug 5 | Black Flag in Stuttgart | Universum |
| Tue, Aug 6 | Black Flag in Oberhausen | Druckluft |

**Black Flag Returns, in Two Permutations - NYTimes.com**
www.nytimes.com/2013/.../black-flag-returns-in-two-permutations.html
May 29, 2013 - Two different reunionlike post-Black Flag entities are on tour right now. Mr. Reyes is in one called Black Flag; Mr. Morris is in one called Flag.

**Black Flag (band) - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Black_Flag_(band)
Through constant touring throughout the United States and Canada, and occasionally Europe, Black Flag established a dedicated cult following.

**Black Flag Tour Dates | Pollstar**
www.pollstar.com/resultsArtist.aspx?ID=75677
Appearing at "The Hevy Music Festival", Sun 08/04/13, London, United Kingdom · O2 Academy Brixton. Appearing at "Ieper Hardcore Festival", Fri 08/09/13 ...

**Black Flag Official | Facebook**
https://www.facebook.com/pages/Black-Flag-Official/414532871961372
Damn I am having fun on this Black Flag Tour and having my other band "piggy" .... Photo: Black Flag Official and Good For You Hits & Pits - Festival Tour Dates.

**FLAG, Featuring Members of Black Flag, Announce Tour | News ...**
pitchfork.com/.../50699-flag-featuring-members-of-black-flag-announce...
May 13, 2013 - Watch video of FLAG performing at the site of the original Black Flag's first show ever.

**black flag | Free Music, Mixes, Tour Dates, Photos, Videos - MySpace**
https://myspace.com/blackflag80shardcore
black flag's official profile including the latest music, albums, songs, music videos and more updates.

**FLAG to Tour Black Flag Songs Across North America | SPIN ...**
www.spin.com/articles/flag-north-america-tour-black-flag-reunion/
May 13, 2013 - "Reunion" lineup book dates from May to September.

**Live Review: Black Flag at Infest Austin (5/23) | Consequence of ...**
consequenceofsound.net/.../live-review-black-flag-at-infest-austin-523/
May 24, 2013 - Proceedings went off sans mention of Keith Morris' FLAG, the dueling version of Black Flag currently on tour. The timing of it all has sparked a ...

Searches related to black flag tour

| | |
|---|---|
| mgk black flag tour | black flag mgk |
| black flag tour dates 2013 | black flag wiki |
| flag tour dates | ron reyes |
| black flag reunion | henry rollins |

1 2 3 4 5 6 7 8 9 10 Next

130

+Evan Search Images Maps Play YouTube News Gmail Drive Calendar More

black flag tour

Evan C...

Web More Search tools

Page 2 of about 55,100,000 results (0.25 seconds)

Black Flag Tickets and Tour Dates on StubHub!
www.stubhub.com/black-flag-tickets/
Search for tickets to see Black Flag live on StubHub! Find **Black Flag tour** dates and securely buy and sell Black Flag concert tickets online.

| | |
|---|---|
| Thu, Aug 29 | Zydeco, Birmingham, AL |
| Mon, Sep 2 | Ziggys Music Park, Winston Salem, NC |
| Tue, Sep 3 | Ziggys By the Sea, Wilmington, NC |

Black Flag adds 3rd Brooklyn show to tour (updated dates)
www.brooklynvegan.com/archives/2013/06/black_flag_adds.html
Jun 4, 2013 - As mentioned, the Greg Ginn/Ron Reyes incarnation of "Black Flag" are coming to NYC for Northside shows on June 14 and 15 at Warsaw in ...

Black Flag Concert Setlists | setlist.fm
www.setlist.fm › Artists › B
10+ items - **Black Flag** Concert Setlists & Tour Dates. **Black Flag** setlists.

| | | |
|---|---|---|
| 24 | Black Flag at Ventura Theater, Ventura, CA, USA. | Ventura |
| 22 | Black Flag at Ace of Spades, Sacramento, CA, USA. | Sacramento |

Black Flag Not Content to Be 'Greatest-Hits Act' | Music News ...

www.rollingstone.com/.../black-flag-not-content-to-be-greatest-...
by Eric R. Danton - in 187 Google+ circles
Apr 23, 2013 - There's a simple answer for **Black Flag** fans who are confused about why two different versions of the band are **touring** this year: it's about ...

Two Different Versions Of Black Flag Reunite In 2013 - Stereogum
www.stereogum.com/1244601/two-different...of-black-flag.../news/
Jan 25, 2013 - But Dukowski's doing something else instead: forming his own version of the band called FLAG, which will play **Black Flag** songs on **tour** in the ...

Black Flag fans, after years of no band, now get two - Los Angeles ...
articles.latimes.com/2013/mar/31/.../la-et-ms-black-flag-20130331
Mar 31, 2013 - Greg Ginn, the band's only constant member, and Ron Reyes reunite to record and **tour** as **Black Flag**. Original lead singer Keith Morris and ...

Black Flag To Tour Australia For First Time Latest news at theMusic ...
themusic.com.au/news/all/.../black-flag-to-tour-australia-for-first-time/
Jun 27, 2013 - The legendary **Black Flag** – punk pioneers and one of the most influential names in the genre – are coming to Australia for the first time in their ...

MGK Answers Fan Questions About Black Flag, Touring & Asks You ...

www.youtube.com/watch?v=0zDC_BBYa4w
Jul 4, 2013 - Uploaded by Chris Van Vliet
http://www.chrisvanvliet.tv MGK talks with Emmy Award winning entertainment reporter Chris Van Vliet from ...
More by Chris Van Vliet

We Interviewed Flag, the Keith Morris Version of Black Flag | NOISEY
noisey.vice.com/.../we-interviewed-flag-one-of-the-two-iterations-of-bla...
We spoke to Keith Morris, Bill Stevenson, Chuck Dukowski, and Stephen Egerton of Flag to find out what it's like being one of the two **Black Flags** currently ...

Will the real Black Flag please stand up? - What's Up : Hot Concerts
www.whatsuppub.com/.../article_caa511ca-e404-11e2-a7ac-001a4bcf68...
Jul 3, 2013 - Don't confuse them with Flag, the other reunion of **Black Flag** members on **tour** this summer. This version features Keith Morris, singer/guitarist ...

Searches related to **black flag tour**

| | |
|---|---|
| mgk black flag tour | black flag mgk |
| black flag tour dates 2013 | black flag wiki |
| flag tour dates | ron reyes |
| black flag reunion | henry rollins |

131

Rolling Stone

# Black Flag Not Content to Be 'Greatest-Hits Act'

Founder Greg Ginn wanted new music before he would revisit old songs

*by* ERIC R DANTON
APRIL 23, 2013

There's a simple answer for **Black Flag** fans who are confused about why two different versions of the band are touring this year: it's about money, says Mike Vallely, who manages the lineup featuring founder and guitarist Greg Ginn.

That's the version touring as Black Flag, with singer Ron Reyes and drummer Gregory Moore. Also, former band members Keith Morris, Dez Cadena, Chuck Dukowski and Bill Stevenson are performing Black Flag songs in concert this year **under the name Flag**.

**Black Flag Reunite for Album, Live Dates**

"Keith and all the ex-band members through the years have been wanting to do Black Flag again, but they've been wanting to do it on their terms," Vallely tells *Rolling Stone*. "They see a shitload of money sitting there and they want it, and they want Greg to open the gates and give them the keys and let their Century City machine come in and run the show, and have Greg be their guitar player. But that's not what fucking Black Flag is about, man."

Apart from a brief reunion in 2003, the pioneering hardcore band had been largely dormant since splitting in 1986. Then, after years of releasing music on his own and with various side projects, **Ginn announced** in January that he was re-teaming with Reyes and Moore for a tour and a new album as Black Flag, a move that Vallely says was nearly a decade in the making. "Greg and I had been talking about doing something together since 2003," says Vallely, who is also a professional skateboarder.

That something turned out to be Good for You, a punk band with Vallely on vocals and Ginn on guitar. The group released its debut, *Life Is Too Short to Not Hold a Grudge*, in February on Ginn's SST Records. Good for You seemed to signal that Ginn was ready to return to punk rock, and at the same time the guitarist was working with Vallely, he was talking to Reyes about reviving Black Flag – but not just to

play nostalgia sets.

"He doesn't want it to be about a reunion, or just some sort of greatest-hits act," Vallely says. "It's not Beatlemania, you know; for him it's about the music. So there has to be new music for him to even consider playing the old music."

On the other side of this is Flag. Morris, who fronted Black Flag from 1976-79, **told *Rolling Stone*** in February that convening as Flag "wasn't premeditated" and "is not in spite of anybody." The singer, who went on to play with the Circle Jerks and later Off!, said, "We're celebrating the fact that we're at the age that we're at and people still love this music. And we're still capable of playing it."

Black Flag plan to release a new album at some point this summer to coincide with a tour that will keep them on the road in North America and Europe starting in May and continuing through August. Vallely says the new songs are "definitely spirited."

"It's definitely the sort of sound that people who love Black Flag, who are Black Flag fans, will be looking for," he says. "It's not a departure from Black Flag at all. It has evolved, but Black Flag was always evolving. Greg's guitar playing is Greg's guitar playing: he has a certain tone and style."

http://www.rollingstone.com/music/news/black-flag-not-content-to-be-greatest-hits-act-20130423

HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | U.S. Edition
Subscribe: Digital / Home Delivery | Log In | Register Now | Help

The New York Times

Music

Search All NYTimes.com
Go

Capital One 360

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

ART & DESIGN | BOOKS | DANCE | MOVIES | MUSIC | TELEVISION | THEATER | VIDEO GAMES | EVENTS

CRITIC'S NOTEBOOK

# Black Flag Returns, in Two Permutations



Isaac Brekken for The New York Times

From left, Stephen Egerton, Keith Morris and Chuck Dukowski of Flag performing at a festival in Las Vegas on Monday.

By BEN RATLIFF
Published: May 29, 2013

LAS VEGAS — Two singers, two gigs, two cities and stages, the same opening song. "It's not my imagination," it begins, drawled. Pause, and then a yell: "I've got a gun at my back!"

The first version, on Saturday night at the Korova club in San Antonio, was Ron Reyes's: a rallying cry. The second, on Monday night at an outdoor stage of the Punk Rock Bowling and Music Festival here, was Keith Morris's: a freaked howl. Mr. Morris was the first singer, and Mr. Reyes the second, of Black Flag, which started in the late '70s and went on to become one of America's most important punk bands, its four-bars logo tattooed on 18- to 50-year-old flesh all over the world.

The song was "Revenge," from Black Flag's second EP, released in 1980. The elasticity of the vowels in "imagination" — by both singers — is South Bay Los Angeles. The gun in the narrative isn't explicitly, but could be, a cop's; punks were new and little understood on the West Coast when Black Flag started, and hunted by the

Log in to see what your friends are sharing on nytimes.com. Privacy Policy | What's This?
Log In With Facebook

What's Popular Now

Stephen King's Family Business



Women as a Force for Change



FACEBOOK
TWITTER
GOOGLE+
SAVE
E-MAIL
SHARE
PRINT
REPRINTS




Connect With Us on Twitter
Follow @nytimesarts for arts and entertainment news.
Arts Twitter List: Critics, Reporters and Editors

Arts & Entertainment Guide
A sortable calendar of noteworthy cultural events in the New York region, selected by Times critics.
Go to Event Listings »

Enlarge This Image

OPEN

MORE IN MUSIC (1 OF 53 ARTICLES)
Good to the Last Rocking Drop
Read More »

MOST E-MAILED | MOST VIEWED



3. WELL
How Exercise Changes Fat and Muscle Cells



4. WELL
The Ticktock of the Death Clock



5. GAIL COLLINS
Politics of a Screeching Halt



6. Crowds Return to Las Vegas, but Gamble Less



7. ROME JOURNAL
Road Through Roman History Creates Colossal Headache

8. 36 Hours in Portsmouth, N.H.



Jennifer Whitney for The New York Times
Greg Ginn, left, and Ron Reyes performing in San Antonio as Black Flag.

Enlarge This Image



Isaac Brekken for The New York Times
A Flag fan in Las Vegas in an outfit that recalled punk's glory days of the late 1970s.

local police. Shows were regularly stopped; violence followed the band; little money was made.

Until its end in 1986, Black Flag went through at least 16 band members. The fourth and final singer was Henry Rollins, the most famous member of the band, then and since. But "final" is perhaps the wrong word. Two different reunionlike post-Black Flag entities are on tour right now. Mr. Reyes is in one called Black Flag; Mr. Morris is in one called Flag. Neither includes Mr. Rollins, who has more or less given up music for writing. Both bands — for reunion bands — are strangely good and in possession of a life force, in different ways.

The dueling-reunions aspect came together quickly. In late 2011 Mr. Morris convened a few of the band's most significant ex-members — the bassist Chuck Dukowski and the drummer Bill Stevenson, as well as Stephen Egerton, guitarist for the Descendents — for a one-off set, and it went well. They started planning, later roping in the guitarist and hoarse-voiced singer Dez Cadena, and had a tour almost ready to announce in January this year.

But Greg Ginn, Black Flag's lead guitarist, principal songwriter and owner of its old record label, SST, beat them to it with announcement that a new Black Flag — he has legal rights to the name — would play at the Hevy Music Festival in England. Flag rushed out its announcement of its own tour on the same day. Mr. Ginn followed with more news, of a plan to tour roughly the same markets at around the same time as Flag, as well as to release a new album of new songs.

Four months later, the Black Flag show on Saturday in San Antonio was the third in the United States after a weeklong warm-up in Europe; the Flag concert on Monday was its first in this country after an unannounced gig at the Moose Lodge in Redondo Beach, Calif. — the site, in fact, of Black Flag's first gig in 1979 — and three dates in Europe. Both bands will continue touring through the summer; Black Flag plays two dates in Brooklyn in June, and Flag performs at Irving Plaza in Manhattan on Sept. 19.

There is some tension between the two groups. Several former members of Black Flag don't talk to Mr. Ginn anymore; as the band's musical director, more or less, he fired a lot of them, or made it hard for them to stay.

But the members of Flag say that their band is not about getting back at Mr. Ginn. Mr. Morris, in a brief conversation before Flag's set on Monday, put Flag's existence as a basic declaration of identity: the core of Black Flag came from the same square mile of Hermosa Beach, Calif.

Mr. Ginn, for his part, seems not to be warm about Flag. The official site for Black Flag refers to Flag as "the 'fake' Flag band playing the old songs of Black Flag in an embarrassingly weak 'mailing it in' fashion." At the moment, if you're a journalist, neither he nor Mr. Reyes is talking to you.

What was Black Flag? A lot of it does boil down to Mr. Ginn, the un-guitar hero. His sound was untutored, inexact, viscid and full of scrabbling solos, delivered with force and wobbly relation to the beat. He was the prime agent for the group's change, in 1983, toward slower tempos, turning toward a kind of free-improvisation doom metal. (He's into electronic music and jam bands now; on Saturday he wore a T-shirt with the logo of Camp Bisco, the annual festival of the jam band the Disco Biscuits.)

In Saturday's Black Flag show, Mr. Ginn's levels of guitar and theremin — which he also plays now, for what it's worth — were pushed so high that they nearly blotted out his



8. 36 Hours in Portsmouth, N.H.



9. THE PRAGMATIST
Banning Guests That Bite or Buzz



10. HOUSE PROUD
Life on the Farm: E-I-E-I ...Oh?

Go to Complete List » Show My Recommendations



Summing up the Lincoln Center Festival
ALSO IN THEATER »
Hollywood's big bet on Broadway adaptations
Decades after a strike, still living with the fallout
nytimes.com THEATER




Ads by Google what's this?
End Alcoholism
Private, At Home 8 Week Program.
High Success Rate. Get Started.
lastcallprogram.com

adequate band. (The rhythm section is the recent-hire bassist Dave Klein and the drummer Gregory Moore, who's been in some of Mr. Ginn's other groups for 20 years.) They leaned toward old songs, from 1979 to 1981, but also pushed toward the later midtempo music; they also played several songs from the forthcoming new album, which are slight and dull, and made you realize how good the writing was in early Black Flag.

But the best part — besides Mr. Reyes's gung-ho effort not to be flattened by guitar — was that Mr. Ginn does not quote himself as an improviser. All his solos were from scratch, and scratchy. He's unpredictable, inconsistent, maddening and exciting; for a while he'd lose focus and grow slack and dull, but then snap back into focus and attack the music again.

The two sets had 10 songs in common. But Flag's show on Monday felt qualitatively different. This is a complete band; all parts are equal. Mr. Stevenson's drumming was crisp and powerful; he was borrowing style from Roberto Velverde, a k a Robo, a Colombian musician two drummers before him in the band, who put cumbia rhythm into his high-hat patterns and made punk swing. Mr. Dukowski played rushing, impatient, vivid bass; Mr. Egerton, using the same kind of guitar Mr. Ginn used to play in the '80s, a clear-body Ampeg Dan Armstrong, replicated some of Mr. Ginn's old solos, more precisely than Mr. Ginn ever did. (This can be troubling: here is where Flag does, to an extent, resemble a cover band, engineered to please.)

And Mr. Morris, now with long dreadlocks, small and wary, smart-alecky and comical, kept control. "I hope you're having fun," he told the audience, as earnest as he can sound. "When we started doing this, that wasn't a possibility."

A version of this article appeared in print on May 29, 2013, on page C2 of the New York edition with the headline: A Punk Band Returns, in Two Permutations.

SAVE E-MAIL SHARE

Try unlimited access to NYTimes.com for just 99¢. SEE OPTIONS »

Get Free E-mail Alerts on These Topics

Rock Music

Black Flag (Music Group)

Music

Ads by Google what's this?

Day Trading For Beginners

Free Workshop - Locations Near You.

Learn How to Trade Like a Pro!

www.TradingAcademy.com

INSIDE NYTIMES.COM

OPINION »



Summer Game: Can You Guess What This Is?

EDUCATION »



Confessions of an Application Reader

MUSIC »



Good to the Last Rocking Drop, Maxwell's Closes

WORLD »



Valuing a Culture in Cleaned-Up Soap Opera

OPINION »

Disunion: A Mother Writes to Lincoln

What a letter from the mother of a black soldier says about the struggle of African-American women during the Civil War.

HEALTH »



'If This Was Your Mother, Doctor…'

© 2013 The New York Times Company | Site Map | Privacy | Your Ad Choices | Advertise | Terms of Sale | Terms of Service | Work With Us | RSS | Help | Contact Us | Site Feedback

# Will the real Black Flag please stand up?

**By Shane Weller | Posted: Wednesday, July 3, 2013 11:30 am**

Calling all punks! Legendary hardcore punk band Black Flag will perform Wednesday, July 10, at Tricky Falls.

But which version of the band will show up?

Black Flag quickly became a punk icon when it formed in 1979, with its notable four-stripe logo becoming a symbol of nonconformity and anarchy. This tour is being hailed as a "reunion" with a lineup featuring founder and original guitarist Greg Ginn, drummer Julio Roberto "Robo" Valverde Valencia, vocalist Ron Reyes (the band's frontman from 1979 to 1980) and Dave Klein, recruited from Screeching Weasel.

Don't confuse them with Flag, the other reunion of Black Flag members on tour this summer. This version features Keith Morris, singer/guitarist Dez Cadena, bassist Chuck Dukowski, drummer Bill Stevenson and guitarist Stephen Egerton (of the Descendents).

They are considered a "cover band" by Ginn's Black Flag. Both sides seem to be at odds with each other, and neither feature Henry Rollins as of yet.

This Black Flag tour is in support of an untitled 22-track album slated to be out later this summer, marking the band's first follow-up to their 1985 album "In My Head."

Twenty-eight years may be a long time between albums, but this band appears to be just as unforgiving as they were in their 20s. Album track "The Chase" has been making the rounds on the Internet (you can stream it on YouTube), and it's reminiscent of that old-school hardcore punk style. So dust off those boots, slap on that white tee and strap on those suspenders.

---

**Black Flag**

with Good For You

Wednesday, July 10, 8 p.m.

Tricky Falls, 209 S. El Paso

$20, all ages